# United States District Court
for the
Southern District of Indiana

PAUL PARSHALL, Individually and On Behalf )
of All Others Similarly Situated, )
   *Plaintiff,* )
)
vs. )  Cause No: 1:17-cv-00711-JMS-DML
)
STONEGATE MORTGAGE CORPORATION, et al. )
   *Defendants.* )

## SUMMONS IN A CIVIL ACTION

TO:

*Stonegate Mortgage Corporation*
*c/o CT Corporation System,*
*150 W. Market St., Ste. 800*
*Indianapolis, IN 46204*

*Richard A. Kraemer*
*c/o Stonegate Mortgage Corp.*
*9190 Priority Way West Dr.,*
*Ste. 300*
*Indianapolis, IN 46240*

*Kevin Bhatt*
*c/o Stonegate Mortgage Corp.*
*9190 Priority Way West Dr.,*
*Ste. 300*
*Indianapolis, IN 46240*

*James Brown*
*c/o Stonegate Mortgage Corp.*
*9190 Priority Way West Dr.,*
*Ste. 300*
*Indianapolis, IN 46240*

*Sam Levinson*
*c/o Stonegate Mortgage Corp.*
*9190 Priority Way West Dr.,*
*Ste. 300*
*Indianapolis, IN 46240*

*Richard A. Mirro*
*c/o Stonegate Mortgage Corp.*
*9190 Priority Way West Dr.,*
*Ste. 300*
*Indianapolis, IN 46240*

*Scott Mumphrey*
*c/o Stonegate Mortgage Corp.*
*9190 Priority Way West Dr.,*
*Ste. 300*
*Indianapolis, IN 46240*

*Home Point Financial*
*Corporation*
*c/o Corporation Service Company,*
*135 N. Pennsylvania St.,*
*Ste. 1610*
*Indianapolis, IN 46204*

*Longhorn Merger Sub, Inc.*
*c/o ACFB Incorporated,*
*200 Public Square, Ste. 2300*
*Cleveland, OH 44114*

  A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    *William N. Riley*
    *James A. Piatt*
    R<small>ILEY</small> W<small>ILLIAMS</small> & P<small>IATT</small>, LLC
    *301 Massachusetts Avenue*
    *Indianapolis, IN 46204*

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: March 11, 2017

CLERK OF COURT, *Laura A. Briggs*

BY: _____

Civil Summons (Page 2)

Civil Action Number: 1:17-cv-00711-JMS-DML

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for Stonegate Mortgage Corporation, Richard A. Kraemer, Kevin Bhatt, James Brown, Sam Levinson, Richard A. Mirro, Scott Mumphrey, Home Point Financial Corporation, was received by me on March 17, 2017; and Longhorn Merger Sub, Inc. was received by me on March 20, 2017.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

■ Other *(specify)*: Certified mail, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: July 10, 2017          /s/ *James A. Piatt*_____
                             James A. Piatt (#28320-49)
                             Riley Williams & Piatt, LLC
                             301 Massachusetts Avenue
                             Indianapolis, IN 46204
                             (317) 633-5270



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard A. Kraemer
   c/o Stonegate Mortgage Corp.
   9190 Priority Way W Dr. W Ste. 300
   Indianapolis IN 46240-1437

   9590 9402 2461 6249 6146 25

2. Article Number (Transfer from service label)

   7016 1370 0001 1390 2058

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Chrifer Todd

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ [ ]il
   ☐ [ ]il Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kevin Bhatt
   c/o Stonegate Mortgage Corp.
   9190 Priority Way W Dr. W Ste. 300
   Indianapolis IN 46240-1437

9590 9402 2461 6249 6146 01

2. Article Number (Transfer from service label)

   7016 1370 0001 1390 2027

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...stricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Chrysten Todd |
| 1. Article Addressed to:<br><br>James Brown<br>c/o Stonegate Mortgage Corp.<br>9190 Priority Way W Dr. W Ste. 300<br>Indianapolis IN 46240-1437 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2461 6249 6146 49 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1370 0001 1390 2072 | Restricted Delivery | |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sam Levinson
c/o Stonegate Mortgage Corp.
9190 Priority Way W Dr. W Ste. 300
Indianapolis IN 46240-1437

9590 9402 2461 6249 6146 18

2. Article Number *(Transfer from service label)*

7016 1370 0001 1390 2041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Clifton Todd

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard A. Mirro
c/o Stonegate Mortgage Corp.
9190 Priority Way W Dr. W Ste. 300
Indianapolis IN 46240-1437

9590 9402 2461 6249 6145 95

2. Article Number (Transfer from service label)

7016 1370 0001 1390 2010

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Chifton Todd

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...il
☐ ...il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053            Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Scott Mumphrey
   c/o Stonegate Mortgage Corp.
   9190 Priority Way W Dr. W Ste. 300
   Indianapolis IN 46240-1437

   9590 9402 2461 6249 6146 32

2. Article Number (Transfer from service label)

   7016 1370 0001 1390 2065

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Clifton Todd

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Home Point Financial Corporation
   c/o Corporation Service Company,
   135 N. Pennsylvania St., Ste. 1610
   Indianapolis IN 46204-2448

   9590 9402 2461 6249 6145 88

2. Article Number *(Transfer from service label)*

   7016 1370 0001 1390 2034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Longhorn Merger Sub, Inc.
c/o ACFB Incorporated,
200 Public Square, Ste. 2300
Cleveland OH 44114-2309



9590 9402 2461 6249 6145 71

2. Article Number (Transfer from service label)

7016 1370 0001 1390 2096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Brett Powell_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Samantha Tabor
C. Date of Delivery: 3/20/17

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161370000113902089

▶ ▶ ▶ Delivered

**Updated Delivery Day:** Friday, March 17, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**  **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 10:22 am** | **Delivered** | **INDIANAPOLIS, IN 46204** |
| | ▲ | |
| | Your item was delivered at 10:22 am on March 17, 2017 in INDIANAPOLIS, IN 46204. | |
| March 17, 2017, 9:20 am | Arrived at Unit | INDIANAPOLIS, IN 46204 |
| March 16, 2017, 12:25 pm | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:28 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ∨

## Available Actions

See Less ∧

Remove ✕

**Tracking Number:** 70161370000113902058

▶ ▶ ▶ Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**  **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 17, 2017, 12:58 pm | Delivered, Front Desk/Reception | INDIANAPOLIS, IN 46240 |

Your item was delivered to the front desk or reception area at 12:58 pm on March 17, 2017 in INDIANAPOLIS, IN 46240.

| | | |
|---|---|---|
| March 17, 2017, 9:56 am | Arrived at Unit | INDIANAPOLIS, IN 46240 |
| March 17, 2017, 3:24 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:27 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ∨

## Available Actions

See Less ∧

Remove ✕

**Tracking Number:** 70161370000113902027

 Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**      **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 17, 2017, 12:58 pm | Delivered, Front Desk/Reception | INDIANAPOLIS, IN 46240 |

Your item was delivered to the front desk or reception area at 12:58 pm on March 17, 2017 in INDIANAPOLIS, IN 46240.

| | | |
|---|---|---|
| March 17, 2017, 9:56 am | Arrived at Unit | INDIANAPOLIS, IN 46240 |
| March 17, 2017, 3:23 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:27 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ∨

## Available Actions

See Less ∧

Remove ✕

**Tracking Number:** 70161370000113902072

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**                    **Features:**
                                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 12:58 pm** | **Delivered, Front Desk/Reception** | **INDIANAPOLIS, IN 46240** |

Your item was delivered to the front desk or reception area at 12:58 pm on March 17, 2017 in INDIANAPOLIS, IN 46240.

| | | |
|---|---|---|
| March 17, 2017, 9:56 am | Arrived at Unit | INDIANAPOLIS, IN 46240 |
| March 17, 2017, 3:22 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:27 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ∨

## Available Actions

See Less ∧

Remove ✕

**Tracking Number:** 70161370000113902041

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**                    **Features:**
                                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 12:58 pm** | **Delivered, Front Desk/Reception** | **INDIANAPOLIS, IN 46240** |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|

Your item was delivered to the front desk or reception area at 12:58 pm on March 17, 2017 in INDIANAPOLIS, IN 46240.

| March 17, 2017, 9:56 am | Arrived at Unit | INDIANAPOLIS, IN 46240 |
| March 17, 2017, 3:20 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:27 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ⌄

## Available Actions

See Less ⌃

Remove ✕

**Tracking Number:** 70161370000113902010



Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 12:58 pm** | **Delivered, Front Desk/Reception** | **INDIANAPOLIS, IN 46240** |

Your item was delivered to the front desk or reception area at 12:58 pm on March 17, 2017 in INDIANAPOLIS, IN 46240.

| March 17, 2017, 9:56 am | Arrived at Unit | INDIANAPOLIS, IN 46240 |
| March 17, 2017, 3:20 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:27 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ⌄

## Available Actions

See Less ⌃

Remove ✕

**Tracking Number:** 70161370000113902065

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**  **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 12:58 pm** | **Delivered, Front Desk/Reception** | **INDIANAPOLIS, IN 46240** |

Your item was delivered to the front desk or reception area at 12:58 pm on March 17, 2017 in INDIANAPOLIS, IN 46240.

| | | |
|---|---|---|
| March 17, 2017, 9:56 am | Arrived at Unit | INDIANAPOLIS, IN 46240 |
| March 17, 2017, 3:23 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 16, 2017, 12:25 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ∨

## Available Actions

See Less ∧

Remove ✕

**Tracking Number:** 70161370000113902034

Delivered

**Updated Delivery Day:** Friday, March 17, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**  **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 17, 2017, 9:50 am** | **Delivered** | **INDIANAPOLIS, IN 46204** |

Your item was delivered at 9:50 am on March 17, 2017 in INDIANAPOLIS, IN 46204.

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| March 17, 2017, 9:20 am | Arrived at Unit | INDIANAPOLIS, IN 46204 |
| March 17, 2017, 1:50 am | Departed USPS Origin Facility | INDIANAPOLIS, IN 46206 |
| March 15, 2017, 8:27 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46206 |

See More ∨

## Available Actions

See Less ∧

Remove ✕

**Tracking Number:** 70161370000113902096

▶ ▶ ▶ Delivered

**Updated Delivery Day:** Monday, March 20, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **March 20, 2017, 2:48 pm** | **Delivered, To Agent** | **CLEVELAND, OH 44114** |
| | Your item has been delivered to an agent at 2:48 pm on March 20, 2017 in CLEVELAND, OH 44114. | |
| March 20, 2017, 8:41 am | Out for Delivery | CLEVELAND, OH 44101 |
| March 20, 2017, 8:31 am | Sorting Complete | CLEVELAND, OH 44101 |
| March 20, 2017, 8:12 am | Arrived at Unit | CLEVELAND, OH 44101 |

See More ∨

## Available Actions

See Less ∧