UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL PARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-00711-JMS-DML |
| | ) |
| STONEGATE MORTGAGE CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## Second Order to Show Cause

Returns of service for the defendants in this case – filed after the court issued its first Order to Show Cause (Dkt. 7) – show that all defendants were served by March 20, 2017 (Dkt. 8). Since then, the plaintiff has done nothing to prosecute this case. The plaintiff is ordered to show cause, in a writing filed with this court no later than **July 31, 2017,** why this case should not be dismissed without prejudice for failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *see also GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-1199 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." (quotation omitted)).

So ORDERED.

Date: 7/18/2017

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system