UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>      v.<br><br>STONEGATE MORTGAGE CORPORATION, RICHARD A. KRAEMER, KEVIN BHATT, JAMES BROWN, SAM LEVINSON, RICHARD A. MIRRO, SCOTT MUMPHREY, HOME POINT FINANCIAL CORPORATION, and LONGHORN MERGER SUB, INC.,<br><br>              Defendants. | Case No. 1:17-cv-00711-JMS-DML<br><br>**Plaintiff's Response to Second Order to Show Cause** |

I write on behalf of Plaintiff Paul Parshall ("Plaintiff") in the above-captioned action (the "Action") concerning the Court's Second Order to Show Cause (ECF 11) as to why the Action should not be dismissed for failure to prosecute.

By way of background, on February 28, 2017, Defendant Stonegate Mortgage Company ("Stonegate") filed a proxy statement (the "Proxy Statement") with the United States Securities and Exchange Commission ("SEC") in connection with the proposed acquisition of Stonegate by Home Point Financial Corporation ("Home Point") whereby Stonegate's stockholders would receive $8.00 in cash for each share of Stonegate common stock (the "Transaction"). Subsequently, on March 8, 2017, Plaintiff commenced the Action by filing his complaint (the "Complaint"). This primary claim in this litigation, brought on behalf of a putative class of Stonegate's

stockholders, is that the Proxy Statement omitted certain material information relating to the Transaction in violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934.

Following the filing the Complaint, in coordination with several related actions pending both in this Court and the United States District Court for the Northern District of Ohio, counsel for the plaintiffs in the coordinated actions began discussion with counsel for defendants regarding a potential resolution of their claims. Ultimately, on or around March 24, 2017, the parties reached an agreement whereby, in exchange for releases of the several plaintiffs' individual claims, Stonegate would file with the SEC a supplement to the Proxy Statement containing additional disclosures relating to the Transaction (the "Supplemental Disclosures"). As part of that agreement, the plaintiffs each agreed to dismiss their individual claims with prejudice, and the claims of the putative class without prejudice. The proposed form of dismissal (Exhibit A), also includes a reservation of jurisdiction for Plaintiff to petition the Court to resolve his counsel's mootness fee claim, should negotiations prove unsuccessful.

On March 27, 2017 Stonegate filed the Supplemental Disclosures with the SEC. Subsequently, on April 27, 2017, Stonegate's stockholders voted to approve the Transaction.

It is Plaintiff's position that, as a result of the filing of the Supplemental Disclosures, the claims arising from the Transaction identified in his complaint have become moot. Plaintiff also believes that the prosecution of the Action, in

coordination with the other plaintiffs, caused Stonegate to issue the Supplemental Disclosures and that Plaintiff's counsel may assert a claim for attorneys' fees and expenses in connection with the filing of the Supplemental Disclosures,

Currently, counsel for the parties to the several actions are in negotiations to resolve the plaintiffs' counsel's mootness fee claim(s). Discussions remain productive. However, as stated above, if the negotiations break down, Plaintiff intends to petition the Court to seek a resolution of his claim for such fees and expenses.

Given the foregoing, Plaintiff respectfully requests that the Court enter Exhibit A, effecting dismissal on the lines discussed above. Plaintiff further requests permission to provide the Court with a further status update regarding fee negotiations no later than sixty (60) days from the date of this letter.

Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC


/s/ *James A. Piatt*
James A. Piatt, Atty. No. 28320-49
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-5270
Fax: (317) 426-3348
E-Mail: jpiatt@rwp-law.com

*Counsel for Plaintiff*