IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STONEGATE MORTGAGE CORPORATION, RICHARD A. KRAEMER, KEVIN BHATT, JAMES BROWN, SAM LEVINSON, RICHARD A. MIRRO, SCOTT MUMPHREY, HOME POINT FINANCIAL CORPORATION, AND LONGHORN MERGER SUB, INC.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00711-JMS-DML<br><br>NOTICE CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to himself and without prejudice as to the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 24, 2017

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

*/s/ James A. Piatt*
William N. Riley (#14941-49)
James A. Piatt (#28320-49)
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-5270
Fax:  (317) 426-3348
wriley@rwp-law.com
jpiatt@rwp-law.com

*Attorneys for Plaintiff*

OF COUNSEL:

RIGRODSKY & LONG, P.A.
2 Righter Parkway,
Suite 120
Wilmington, DE 19803
(302) 295-5310

RM LAW, P.C.
1055 Westlakes Drive,
Suite 3112
Berwyn, PA 19312
(484) 324-6800