IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>   v.<br><br>STONEGATE MORTGAGE CORPORATION, RICHARD A. KRAEMER, KEVIN BHATT, JAMES BROWN, SAM LEVINSON, RICHARD A. MIRRO, SCOTT MUMPHREY, HOME POINT FINANCIAL CORPORATION, AND LONGHORN MERGER SUB, INC.,<br><br>    Defendants. | Case No. 1:17-cv-00711-JMS-DML<br><br>NOTICE CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION<br><br>Dismissal without prejudice acknowledged.  JMS, CJ, 8-25-17 Distribution via ECF. |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to himself and without prejudice as to the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 24, 2017            Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

*/s/ James A. Piatt*
William N. Riley (#14941-49)
James A. Piatt (#28320-49)
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-5270
Fax:  (317) 426-3348
wriley@rwp-law.com
jpiatt@rwp-law.com

*Attorneys for Plaintiff*